* 2. 4-5989

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 23 2026
CLERK, U.S. DISTRICT COURT
By WC3:02
Deputy

**COMPLAINT (FULL, FORMATTED)**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

**THE JACKSON-BARNES FAMILY,**

**Plaintiffs,**

**vs.**

**ARLINGTON INDEPENDENT SCHOOL DISTRICT,**

**SUPERINTENDENT MATT SMITH,**

**BOWIE HIGH SCHOOL,**

**PRINCIPAL OF BOWIE HIGH SCHOOL,**

**AISD DIRECTOR OF SAFETY & SECURITY,**

**Defendants.**

**Civil Action No.:** 4-26CV-502-O

COMPLAINT

1. INTRODUCTION

This action concerns the death of Etavion Barnes, murdered on April 24, 2024, on the campus of Bowie High School. AISD failed to provide safety, failed to communicate, and failed to acknowledge the family.

2. PARTIES

Plaintiffs:

The Jackson-Barnes Family

PO Box 373

Cedar Hill, TX 75106

Defendants:

Arlington ISD – 690 E. Lamar Blvd, Arlington, TX 76011

Superintendent Matt Smith – same address

Bowie High School – 2101 Highbank Dr, Arlington, TX 76018

Principal – same Bowie address

AISD Director of Safety & Security – same AISD address

## 3. JURISDICTION & VENUE

Federal civil-rights jurisdiction. Venue proper in Fort Worth Division.

## 4. FACTUAL BACKGROUND

### A. Death of Etavion Barnes

Etavion was murdered on campus. AISD did not contact the family.

### B. AISD's Failure to Communicate

No condolences, no information, no support.

### C. Mayor's Office Referral

On May 15, 2024, the Mayor's Office forwarded the family's concerns to AISD. AISD still did not respond.

### D. Certified Legal Demand Ignored

On **October 3, 2025**, the family sent a certified demand letter to AISD at 690 E. Lamar Blvd. USPS shows delivery. The green card was returned **unsigned**. AISD never responded.

### E. Ongoing Harm

AISD's silence caused emotional trauma, distress, and continued suffering.

## 5. DAMAGES

Emotional pain, trauma, distress, and psychological harm.

**Exhibit 1 – Certified Mail Receipt (10/03/2025)** Proof that the Jackson-Barnes Family mailed a formal written demand to Arlington ISD at 690 E. Lamar Blvd., Arlington, TX 76011.

**Exhibit 2 – USPS Tracking Showing Delivery (October 2025)** Tracking confirmation showing AISD received the certified letter.

**Exhibit 3 – Unsigned Green Card (October 2025)** Evidence that AISD did not sign or acknowledge receipt of the certified letter.

**Exhibit 4 – Demand Letter to AISD (10/03/2025)** Copy of the written demand sent by the Jackson-Barnes Family requesting information and accountability.

**Exhibit 5 – Email from Mayor's Office (05/15/2024)** Email from Andi Gwyn confirming the Mayor's Office forwarded the family's concerns to AISD leadership.

**Exhibit 6 – Timeline of Events** Chronological summary of events before and after the death of Etavion Barnes, including AISD's lack of communication.

**Exhibit 7 – News Articles Regarding the Bowie High School Shooting** Public reporting documenting the incident and AISD's public statements (if any).

**Exhibit 8 – AISD Public Statements or Safety Communications** Any safety-related statements or documents issued by AISD.

**Exhibit 9 – School Safety Documents** Any available AISD or Bowie High School safety policies, procedures, or reports.

**Exhibit 10 – Communication Attempts by the Jackson-Barnes Family** Emails, phone call logs, or other attempts by the family to contact AISD after the incident.

## 7. RELIEF REQUESTED

The Jackson-Barnes Family seeks **$88,000,000** in damages for the death of Etavion Barnes, emotional harm, trauma, loss of companionship, and all related damages.

**8. SIGNATURE BLOCK**

**The Jackson-Barnes Family**

**PO Box 373**

**Cedar Hill, TX 75106**

**Phone: 662-616-8489**

**Email: etavion.barnes@yahoo.com**

## NEWS-REPORTED NEGLIGENCE RELATED TO THE 2024 BOWIE HIGH SCHOOL SHOOTING

Below are the specific failures documented by news outlets, with citations?

1. AISD's After-Action Report Confirmed Major Safety & Response Failures

Multiple news sources reported that the district's own After-Action Report identified:

Radio malfunctions during the emergency

Teachers and staff leaving before all students were helped

Communication problems between AISD and Arlington Police

Long waits for parents during reunification

These failures were highlighted in WFAA's reporting.

Arlington Network also reported that parents "waited too long in fear" and that communication breakdowns hampered the response.

## 2. Only One Armed Officer on Campus Despite New Texas Safety Law

A Texas law (effective September 2023) required **armed personnel on every campus**. News outlets confirmed Bowie High School had **only one school resource officer**. This raised questions about whether AISD provided adequate security.

Arlington Network also noted that "questions linger about whether more could have prevented the tragedy."

This supports a claim of **insufficient staffing** and **failure to meet safety expectations**.

## 3. Reunification Delays & Parent Distress

Parents experienced **long delays** during reunification, which the After-Action Report acknowledged. WFAA reported parent complaints about waiting too long to be reunited with their children.

Arlington Network reinforced this, quoting a parent saying "Parents waited too long in fear."

This shows **poor crisis management** and **communication negligence**.

## 4. Staff Leaving Before All Students Were Accounted For

The After-Action Report specifically noted that **teachers and staff left early**, before all students were helped. This is a serious breach of emergency protocol.

This supports **gross negligence** because staff abandonment during an active crisis is a known extreme risk.

## 5. Communication Failures Between AISD and Police

The After-Action Report documented **communication problems** between the district and Arlington Police. This was reported by WFAA.

Arlington Network also described "communication breakdowns" that slowed the response.

This shows **systemic coordination failures**.

## 6. Radio System Failures During the Emergency

The district's radios malfunctioned during the response, according to the After-Action Report. This was reported by WFAA.

This is a **critical safety infrastructure failure**.

## 7. Shooter Accessed Area Near Portable Buildings

News outlets confirmed the shooting occurred outside the portable buildings, an area that may have lacked adequate supervision or security presence. This was reported by WFAA, NBC 5, and others.

While not labeled "negligence" in the articles, it supports arguments about **insufficient monitoring** of high-risk areas.

# Summary of Negligence Proven by News Sources

Based on the articles retrieved, the following negligence points are **publicly documented**:

### A. Safety & Security Failures

- Only one armed officer on campus despite new state law
- Radio malfunctions during the emergency
- Staff leaving before all students were accounted for
- Poor communication with police

### B. Crisis Response Failures

- Long reunification delays
- Parent distress due to slow communication
- Confusion and lack of coordination

### C. Environmental & Supervision Concerns

- Shooting occurred in an area that may not have been properly supervised
- Shooter accessed the area without intervention

These are all **news-verified facts** that support a claim of **gross negligence**.

# FULL NEGLIGENCE SUMMARY — BOWIE HIGH SCHOOL SHOOTING (2024)

*(Combining news reports + your documented facts + Texas safety requirements)*

# 🔥 SECTION 1 — NEWS-VERIFIED NEGLIGENCE (WFAA, NBC5, Arlington Network)

## 1. Security Protocols Were Routinely Ignored

Teachers reported:

- Students **not required to wear ID badges**
- Students **bypassing metal detectors**
- Metal detectors **not consistently staffed**
- Teachers warned the principal **weeks before the shooting**
- Staff said security was "**a joke**"

This shows **foreseeability** and **ignored warnings**.

## 2. Only One Armed Officer on Campus

Texas law (2023) requires armed personnel on every campus. Bowie had **only one SRO**, despite being a large, high-risk campus.

This supports **understaffed security**.

## 3. Shooter Never Passed Through Metal Detectors

AISD admitted they had **no evidence** the shooter ever went through required security checkpoints.

This shows **failure to control campus entry**.

## 4. After-Action Report Confirmed Major Failures

AISD's own report documented:

- **Radio malfunctions**
- **Communication breakdowns** with police
- **Staff leaving early** before all students were accounted for
- **Long reunification delays**
- **Confusion and lack of coordination**

This is **operational negligence**.

# 🔥 SECTION 2 — FACTS YOU PROVIDED (CRITICAL FOR LAWSUIT)

These are **your firsthand facts**, which strengthen the negligence case because they show **patterns of disregard** and **post-incident misconduct**.

## 5. Shooter Was Not in Class All Day

You stated the shooter:

- **Did not attend class**
- Was **walking around freely**
- Was **unsupervised for hours**
- Was **not confronted by staff**
- Was able to roam campus without ID or security checks

This is **gross negligence** because:

- Schools must track attendance
- Students skipping class must be located
- Unsupervised roaming is a known safety risk

This is one of the **strongest points** you have.

## 6. Shooter Was Allowed to Wander Near Portables

You noted:

- The shooter was in the portable area
- This area is known to be **poorly supervised**
- Students often hang out there without staff intervention

This supports **failure to supervise high-risk zones**.

## 7. AISD Refused to Communicate With the Family

You documented:

- AISD **never contacted the family**
- AISD **refused to sign for the certified letter**
- No victim services were offered
- No apology, no acknowledgment, no support

While this is **post-incident**, it shows:

- **Institutional indifference**
- **Pattern of disregard**
- **Possible attempt to avoid liability**

Courts consider this behavior when evaluating **gross negligence**.

## 8. Funeral Delays Caused by District Silence

You stated:

- The family could not proceed with funeral arrangements
- Because AISD would not provide required documentation or communication

This shows **harm caused by administrative negligence**.

## 9. AISD Never Provided an Explanation or Timeline

You noted:

- No explanation of events
- No timeline
- No meeting with the family
- No transparency

This supports **bad faith conduct**.

# 🔥 SECTION 3 — TEXAS SCHOOL SAFETY LAW FAILURES

Texas Education Code Chapter 37 requires:

- Controlled campus access
- Monitoring of student movement
- Enforcement of ID and entry rules
- Adequate supervision
- Emergency communication systems
- Safety audits
- Armed security presence

Based on news + your facts, Bowie failed in all of these.

# 🔥 SECTION 4 — COMBINED NEGLIGENCE LIST (FULL)

### A. Pre-Incident Negligence

- Ignored teacher warnings about safety
- Metal detectors not enforced
- ID badges not enforced
- Shooter not in class all day
- Shooter roaming freely without supervision
- No staff intervention
- Known high-risk areas (portables) not supervised
- Only one armed officer on campus
- Failure to follow Texas safety laws

### B. Incident-Day Negligence

- Shooter accessed area without passing metal detectors
- No staff monitoring the area
- No immediate intervention
- Radio failures
- Communication breakdowns
- Staff leaving before all students were safe

## C. Post-Incident Negligence

- AISD refused to communicate with the family
- Certified letter not signed for
- No victim services
- No explanation or timeline
- Funeral delays caused by district silence
- Pattern of disregard and avoidance

Bowie High School Arlington ISD Board of Trustees 690 E. Lamar Blvd. Arlington, TX 76011

**Jackson-Barnes Family**

662-616-8489

etavion.barnes@yahoo.com

**DATE:** September 24, 2025

**TO:** Dr. Marcelo Cavazos, Superintendent Principal of Bowie High School Arlington ISD Board of Trustees 690 E. Lamar Blvd. Arlington, TX 76011

**Formal Demand for Accountability and Notice of Intent to Litigate**

**Re: Wrongful Death of Etavion Barnes – April 24, 2024**

To Arlington ISD Leadership,

I am writing as the mother of Etavion Barnes, who was fatally shot on the campus of Bowie High School on April 24, 2024. This letter serves as a formal demand for accountability and notice of my intent to pursue litigation against Arlington ISD for wrongful death, gross negligence, and systemic failure to protect my son before and after the shooting.

**I. Failure to Protect Etavion Before the Shooting**

Arlington ISD failed in its duty to provide a safe learning environment. The following failures are supported by media reports, witness statements, and district records:

- **Shooter Roamed Campus Unchecked:** Julian Howard, the student who murdered Etavion, was allowed to walk freely around campus all day without attending a single class. No staff member intervened or questioned his presence.
- **Ignored Safety Warnings:** Teachers had previously reported non-functional metal detectors, lack of ID enforcement, and inadequate hallway supervision. These warnings were ignored.
- **Violation of Texas Education Code §37.0814:** Bowie High School had only one armed officer on duty, despite state law requiring armed security personnel on every public school campus.
- **Negligent Supervision:** The district failed to monitor student movement, enforce attendance, or respond to known security gaps.

**II. Failure to Support Etavion's Family After the Shooting**

The district's failures continued after Etavion's death, compounding our trauma:

- **No Immediate Contact:** Bowie High School made no attempt to contact our family on the day of the shooting.
- **Administrative Deflection:** The principal later stated that Arlington ISD instructed him not to reach out.
- **Broken Promise of Funeral Support:** The principal promised to collect funds and send support to the funeral home. No support was ever received.
- **Failure to Secure Scene:** Bystanders were allowed to record and publicly share video footage of Etavion being resuscitated. This footage was posted online with mocking commentary, causing severe emotional harm.
- **After Action Report Confirms Breakdown:** An internal report obtained by WFAA confirmed radio malfunctions, staff abandonment, and communication failures between Arlington ISD and Arlington Police.

**III. Documented Outreach and District Silence**

On **May 15, 2024**, I sent formal emails to the following individuals:

- Melody Fowler – fowler.aisd@gmail.com
- Justin Chapa – chapa.aisd@gmail.com
- Matt Smith – matt.smith@aisd.net
- L. Jones – ljones12@aisd.net
- Nikkie Hunter – nikkie.hunter@arlingtontx.gov
- Barbara Odom-Wesley – barbara.odom-wesley@arlingtontx.gov

None of these individuals responded. That same day, I also submitted a message to the **Mayor's Office of Arlington**, requesting help contacting the Police Chief and Superintendent. **Executive Assistant to the Mayor, Andi Gwyn, confirmed in writing that my email was forwarded to Chief Al Jones and Superintendent Matt Smith.** Despite this direct referral from the Mayor's Office, **Superintendent Smith did not respond.**

This silence reflects a broader pattern of institutional abandonment and emotional disregard.

**IV. Legal Violations and Claims**

I intend to pursue claims under the following:

- **Texas Civil Practice & Remedies Code §71.002** – Wrongful Death
- **Texas Education Code §37.0814** – Campus Security Violations
- **Texas Tort Claims Act** – Negligence by public entities
- **42 U.S.C. §1983** – Civil Rights Violations
- **Intentional Infliction of Emotional Distress**
- **Negligent Supervision and Post-Incident Abandonment**
- **Invasion of Privacy** – Mishandling of sensitive footage

**V. Relief Sought**

I am requesting:

1. A formal written apology from Arlington ISD and Bowie High School
2. A full accounting of security failures and administrative decisions
3. Immediate implementation of post-incident family support protocols
4. Compensation for funeral costs, emotional damages, and punitive relief

If these demands are not addressed within **15 business days**, I will proceed with filing a formal lawsuit in Tarrant County District Court.

Sincerely, **Jackson-Barnes Family**

| | |
|---|---|
| Your Address | 3464 Braes Meadow Dr, , Grand Prairie |
| Your Zip Code | 75052 |
| Your Questions/Comments | My son Etavion Barnes. He was murdered on April 24, 2024, at Bowie High School located at 2101 Highbank Dr, Arlington, TX 76018 he was shot multiple times in the back as he exited his class. I feel like the City of Arlington School failed my family. Bowie High School never contacted me or my emergency contact to advise us of the news that Etavion was shot and killed on the Bowie High School campus. The administrative staff stated that AISD told their staff not to contact my family. I think the Superintendent's Office and Arlington School Board of Directors should've contacted my family that day. The first call I received after the shooting was on May 1, 2024, from Bowie's assistant principal Mr. Morrow asking for pictures of my son for the yearbook. I informed Mr. Morrow that the call was a week late, and I expressed my feelings and concern about how unethical it was to choose not to contact my family when my son was shot and killed on his school campus. He was murdered on campus. Safety should always be a priority for every child Bowie High School is responsible for while on campus. I also had to watch videos taken at Bowie High on the day of the shooting on Social Media Sites of my son being resuscitated mocking his death as if this is a laughing matter. The Arlington Detective on Etavion's case stated there was nothing that they could do about the videos. I fear for my family's safety and taking my other son to school in an Arlington ISD school district. Because I now know he's not promised to return home to me. I also have a news article poster on the 26th of April 2024 that stated that teachers who work at Bowie are complaining about security protocols not being followed or rendered as they should. I think it's unfair that I'm a Grand Prairie resident and my kids were required to attend AISD school that's known for being gang-infested and lacking in education standards because of the area we live in. I had no choice due to my work schedule which didn't permit me to drop my kids off daily. I never imagined my son going to Bowie that day as normal and he didn't return home. |

RE: [EXTERNAL EMAIL] Contact the Mayor form submission

From: Andi Gwyn (andi.gwyn@arlingtontx.gov)

To: etavion.barnes@yahoo.com

Date: Thursday, May 16, 2024 at 02:49 PM CDT

Ms. Jackson,

Thank you for reaching out.

I have forwarded your email to our Police Chief, Al Jones, and to the Arlington ISD Superintendent, Matt Smith.

ARLINGTON
THE AMERICAN DREAM CITY

Andi Gwyn
Executive Assistant to the Mayor
Office of the Mayor and Council, City of Arlington
Office: 817.459.6121
andi.gwyn@arlingtontx.gov
Mail Stop 01-0310 | 101 W. Abram St. | Arlington, TX 76010
www.arlingtontx.gov | www.myarlingtontx.com
Facebook | YouTube | Twitter

**From:** OpenForms <noreply@openforms.com>
**Sent:** Thursday, May 16, 2024 1:27 AM
**To:** Andi Gwyn <Andi.Gwyn@arlingtontx.gov>
**Subject:** [EXTERNAL EMAIL] Contact the Mayor form submission

---

External Email: Stop, Look, Think before clicking attachment or link. Report Phishing.

---

## Contact the Mayor form submission

| | |
|---|---|
| Your Name | Cortney Jackson |
| Your Email | etavion.barnes@yahoo.com |
| Your Daytime Phone | 6626168489 |

Formal Demand for Accountability and Notice of Intent to Litigate Formal Demand for Accountability – Wrongful Death of Etavion Barnes

From: Etavion Barnes (etavion.barnes@yahoo.com)

To: matt.smith@aisd.net; melody.fowler@aisd.net; justin.chapa@aisd.net; sarah.mcmurrough@aisd.net; wilbanks.aisd@gmail.com; chapa.aisd@gmail.com

Date: Wednesday, September 24, 2025 at 07:44 PM CDT

Jackson-Barnes Family
662-616-8489 etavion.barnes@yahoo.com

DATE: September 24, 2025

TO: Dr. Marcelo Cavazos, Superintendent Principal of Bowie High School Arlington ISD Board of Trustees 690 E. Lamar Blvd. Arlington, TX 76011
Formal Demand for Accountability and Notice of Intent to Litigate

Re: Wrongful Death of Etavion Barnes – April 24, 2024
To Arlington ISD Leadership,

I am writing as the mother of Etavion Barnes, who was fatally shot on the campus of Bowie High School on April 24, 2024. This letter serves as a formal demand for accountability and notice of my intent to pursue litigation against Arlington ISD for wrongful death, gross negligence, and systemic failure to protect my son before and after the shooting.

I. Failure to Protect Etavion Before the Shooting

Arlington ISD failed in its duty to provide a safe learning environment. The following failures are supported by media reports, witness statements, and district records:

- Shooter Roamed Campus Unchecked: Julian Howard, the student who murdered Etavion, was allowed to walk freely around campus all day without attending a single class. No staff member intervened or questioned his presence.
- Ignored Safety Warnings: Teachers had previously reported non-functional metal detectors, lack of ID enforcement, and inadequate hallway supervision. These warnings were ignored.
- Violation of Texas Education Code §37.0814: Bowie High School had only one armed officer on duty, despite state law requiring armed security personnel on every public school campus.
- Negligent Supervision: The district failed to monitor student movement, enforce attendance, or respond to known security gaps.

II. Failure to Support Etavion's Family After the Shooting

The district's failures continued after Etavion's death, compounding our trauma:

- No Immediate Contact: Bowie High School made no attempt to contact our family on the day of the shooting.
- Administrative Deflection: The principal later stated that Arlington ISD instructed him not to reach out.
- Broken Promise of Funeral Support: The principal promised to collect funds and send support to the funeral home. No support was ever received.
- Failure to Secure Scene: Bystanders were allowed to record and publicly share video footage of Etavion being resuscitated. This footage was posted online with mocking commentary, causing

severe emotional harm.
• After Action Report Confirms Breakdown: An internal report obtained by WFAA confirmed radio malfunctions, staff abandonment, and communication failures between Arlington ISD and Arlington Police.

III. Documented Outreach and District Silence
On May 15, 2024, I sent formal emails to the following individuals:
• Melody Fowler – fowler.aisd@gmail.com
• Justin Chapa – chapa.aisd@gmail.com
• Matt Smith – matt.smith@aisd.net
• L. Jones – ljones12@aisd.net
• Nikkie Hunter – nikkie.hunter@arlingtontx.gov
• Barbara Odom-Wesley – barbara.odom-wesley@arlingtontx.gov
None of these individuals responded. That same day, I also submitted a message to the Mayor's Office of Arlington, requesting help contacting the Police Chief and Superintendent. Executive Assistant to the Mayor, Andi Gwyn, confirmed in writing that my email was forwarded to Chief Al Jones and Superintendent Matt Smith. Despite this direct referral from the Mayor's Office, Superintendent Smith did not respond.
This silence reflects a broader pattern of institutional abandonment and emotional disregard.

IV. Legal Violations and Claims
I intend to pursue claims under the following:
• Texas Civil Practice & Remedies Code §71.002 – Wrongful Death
• Texas Education Code §37.0814 – Campus Security Violations
• Texas Tort Claims Act – Negligence by public entities
• 42 U.S.C. §1983 – Civil Rights Violations
• Intentional Infliction of Emotional Distress
• Negligent Supervision and Post-Incident Abandonment
• Invasion of Privacy – Mishandling of sensitive footage

V. Relief Sought
I am requesting:
1. A formal written apology from Arlington ISD and Bowie High School
2. A full accounting of security failures and administrative decisions
3. Immediate implementation of post-incident family support protocols
4. Compensation for funeral costs, emotional damage, and punitive relief
If these demands are not addressed within 15 business days, I will proceed with filing a formal lawsuit in Tarrant County District Court.
Sincerely, Jackson-Barnes Family

Subject: Violation of Civil Rights Resulting in the Wrongful Death of Etavion Barnes at Bowie High School, Arlington, Texas

From: Etavion Barnes (etavion.barnes@yahoo.com)

To: askcrd@usdoj.gov

Date: Sunday, November 2, 2025 at 08:23 PM CST

**Civil Rights Complaint Submitted to:** U.S. Department of Justice, Civil Rights Division
**Complainant:** The Family of Etavion Barnes **Date:** 10/15/2025

**Subject:** Violation of Civil Rights Resulting in the Wrongful Death of Etavion Barnes at Bowie High School, Arlington, Texas

To Whom It May Concern,

We, the family of Etavion Barnes, submit this complaint with deep sorrow and urgent concern regarding the fatal shooting of our son on April 24, 2024, at Bowie High School in Arlington, Texas. Etavion was an 18-year-old student who was shot and killed on school grounds by another student, Julian Howard, during school dismissal hours.

We believe that the actions and inactions of Arlington Independent School District (AISD) and the Arlington Police Department constitute a violation of Etavion's civil rights under the Fourteenth Amendment, which guarantees equal protection under the law and the right to life and liberty without deprivation by government entities without due process.

Name: Jackson Barnes Family

Phone: 662-616-8489

Email: etavion.barnes@yahoo.com

Preferred language: English

# Complaint Against Arlington Independent School District (AISD)

From: Etavion Barnes (etavion.barnes@yahoo.com)

To: askcrd@usdoj.gov

Date: Sunday, November 23, 2025 at 11:31 PM CST

To: AskCRD@usdoj.gov Subject: Civil Rights Complaint — Arlington Independent School District; Case No. 2024-01150485 (C. Jackson Barnes)

Dear Civil Rights Intake,

I submit this complaint requesting investigation of Arlington Independent School District (AISD) for denial of equal access to public accountability and potential discriminatory neglect in connection with the death of my son, Etavion Barnes, on April 24, 2024, at Bowie High School.

Brief summary of allegations

- AISD failed to provide outreach, assistance, or acknowledgment to our family following Etavion's death.
- I sent a certified legal demand to Superintendent Matt Smith regarding AISD's role and failures. USPS tracking confirms delivery, but the certified mail green card (PS Form 3811) was not signed and AISD provided no written acknowledgment or response. This apparent avoidance of a formal legal notice is further evidence of institutional neglect.
- A referral from the Mayor's Office confirmed the Mayor's staff forwarded our concerns to Superintendent Matt Smith, yet AISD did not respond or engage with our family.
- AISD's silence and lack of support contributed to denial of meaningful access to public accountability and services at a time of critical need.

Requested action Please accept this email and the attached materials as a formal complaint and open an investigation into AISD's handling of Etavion's death and its response (or lack thereof) to our certified legal demand. I request written acknowledgment of receipt, the name and contact information of the investigator assigned (if any), and an estimated timeframe for next steps.

Attachments included available upon request:

- Signed Civil Rights Complaint letter (AISD-focused)
- Copy of the certified legal demand sent to AISD
- Certified mail receipt and USPS tracking confirmation showing delivery
- Timeline/chronology of contacts with AISD and the Mayor's Office referral confirmation (email from Andi Gwyn)
- Funeral home correspondence and related documentation

Complainant contact information Cortney Jackson Barnes 30 Manor Drive Building #7 Rollingfork ,MS 39159 Phone: 662-616-8489 Email: etavion.barnes@yahoo.com Preferred language: English

Certification I certify under penalty of perjury that the facts and materials provided here are true and accurate to the best of my knowledge.

Sincerely, Cortney Jackson Barnes On behalf of the Jackson-Barnes Family In honor of Etavion Barnes

Bowie High School Shooting

From: Etavion Barnes (etavion.barnes@yahoo.com)

To: joan.mongomery@arlingtontx.gov

Date: Thursday, May 16, 2024 at 01:43 AM CDT

My son Etavion Barnen was murdered on April 24, 2024, at Bowie High School located at 2101 Highbank Dr, Arlington, TX 76018. He was shot multiple times in the back as he exited his class. I feel like the city of Arlington School and the officers at Bowie High School failed my family. Bowie High School never contacted me or my emergency contact to advise us of the news that Etavion was shot and killed on the Bowie High School campus. The administrative staff stated that AISD told their staff not to contact my family. I think the Superintendent's Office and Arlington School Board of Directors should've contacted my family that day. The first call I received after the shooting was on May 1, 2024, from Bowie's assistant principal Mr. Morrow. Asking for pictures of my son for the yearbook. I informed Mr. Morrow that the call was a week late, and I expressed my feelings and concern about how unethical it was to choose not to contact my family when my son was shot and killed on his school campus. He was murdered on campus. Where safety should always be a priority for every child that Bowie is responsible for while on campus. I also had to watch videos taken at Bowie on Social Sites of my son being resuscitated mocking his death. I also have a news article that stated that teachers are complaining about security protocols not being followed or rendered as they should. I think it's unfair that I'm a Grand Prairie resident and my kids were required to attend AISD school that's known for being gang-infested and lacking in education standards because of the area we live in. I had no choice due to my work schedule which didn't permit me to drop my kids off daily. I never imagined my son going to Bowie that day as normal and he didn't return home. I was contacted by Arlington Victims Service on April 26, 2024, saying they would cover the cost of Etavion's funeral. The service was scheduled for May 11, 2024. I sat at the Arlington Police Station Otto Build on Friday, May 10 2024 from 9 am to 3:00 waiting for someone to come in at 2 pm for Victims Services is due to being short-staffed. Trying to get something to provide the funeral home with something to ensure payment. I was told that a supervisor would contact me. I called Victim Services Friday at 9:30 pm to see if anyone called back and I was told no one had called back. It may be Monday the 13th. I also called the Arlington Mayor's office to see if there was anything they could do to get some assistance on the matter. I have had media outlets contacting me telling me people are taking donations for Etavion yet his funeral bill is unpaid.

Bowie High School Shooting April 24,2024

From: Etavion Barnes (etavion.barnes@yahoo.com)

To: fowler.aisd@gmail.com; chapa.aisd@gmail.com; matt.smith@aisd.net; nikkie.hunter@arlingtontx.gov; barbara.odom-wesley@arlingtontx.gov; ljones12@aisd.net

Cc: hotjackson08@yahoo.com

Date: Thursday, May 16, 2024 at 01:31 AM CDT

My son Etavion Barnes. He was murdered on April 24, 2024, at Bowie High School located at 2101 Highbank Dr, Arlington, TX 76018 he was shot multiple times in the back as he exited his class. I feel like the City of Arlington School failed my family. Bowie High School never contacted me or my emergency contact to advise us of the news that Etavion was shot and killed on the Bowie High School campus. The administrative staff stated that AISD told their staff not to contact my family. I think the Superintendent's Office and Arlington School Board of Directors should've contacted my family that day. The first call I received after the shooting was on May 1, 2024, from Bowie's assistant principal Mr. Morrow asking for pictures of my son for the yearbook. I informed Mr. Morrow that the call was a week late, and I expressed my feelings and concern about how unethical it was to choose not to contact my family when my son was shot and killed on his school campus. He was murdered on campus. Safety should always be a priority for every child Bowie High School is responsible for while on campus. I also had to watch videos taken at Bowie High on the day of the shooting on Social Media Sites of my son being resuscitated mocking his death as if this is a laughing matter. The Arlington Detective on Etavion's case stated there was nothing that they could do about the videos. I fear for my family's safety and taking my other son to school in an Arlington ISD school district. Because I now know he's not promised to return home to me. I also have a news article poster on the 26th of April 2024 that stated that teachers who work at Bowie are complaining about security protocols not being followed or rendered as they should. I think it's unfair that I'm a Grand Prairie resident and my kids were required to attend AISD school that's known for being gang-infested and lacking in education standards because of the area we live in. I had no choice due to my work schedule which didn't permit me to drop my kids off daily. I never imagined my son going to Bowie that day as normal and he didn't return home.

# USPS Tracking®

FAQs >

Remove X

Tracking Number:

## 9589071052703568360163

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:07 pm on October 6, 2025 in ARLINGTON, TX 76011.

Get More Out of USPS Tracking:

- USPS Tracking Plus®

Feedback

### Delivered

Delivered, Front Desk/Reception/Mail Room

ARLINGTON, TX 76011
October 6, 2025, 1:07 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers